# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINALD ANDREWS, | : | No. 3:19cv436 |
| | : | (Judge Munley) |
| Plaintiff, | : | |
| v. | : | |
| TOM WOLF, *et al.*, | : | |
| Defendants | : | |

## ORDER

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The Moving Defendants' motion to dismiss, (Doc 13), is **GRANTED**; and

2. Defendants Tom Wolf, John Wetzel, Grievance Officer Myers, Dorina Varner, and Grievance Coordinator Hollibaugh shall be **DISMISSED** from this action.

BY THE COURT:

Date: 2/3/2020

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**